HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
YOVANI VALENZUELA LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-MJ-00160 LJO-SAB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE BRIEFING SCHEDULE ON MOTION TO REVOKE MAGISTRATE JUDGE'S ORDER OF DETENTION; ORDER THEREON |
| vs. | ) ) ) | |
| YOVANI VALENZUELA LOPEZ, | ) ) | DATE: November 23, 2015
TIME: 10:00 a.m. |
| Defendant. | ) ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Laurel J. Montoya, counsel for plaintiff, and Assistant Federal Defender, Andras Farkas, counsel for defendant YOVANI VALENZUELA LOPEZ, that the briefing schedule be continued as follows:

| | |
|---|---|
| Defendant's Motion to Revoke: | November 13, 2015 |
| Government's Response: | November 20 2015 |
| Court hearing to remain on: | November 23, 2015 |

/ / /

/ / /

/ / /

/ / /

/ / /

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: November 10, 2015        */s/ Laurel J. Montoya*
                                        LAUREL J. MONTOYA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: November 10, 2015         */s/ Andras Farkas*
                                        ANDRAS FARKAS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        YOVANI VALENZUELA LOPEZ


## **O R D E R**

**IT IS SO ORDERED**
**Dated: November 12, 2015**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**