PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00320-LJO-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| YOVANI VALENZUELA LOPEZ, | DATE: July 5, 2016 |
| Defendant. | TIME: 1:00 p.m. COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 5, 2016.

2. By this stipulation, defendant now moves to continue the status conference until August 15, 2016, and to exclude time between July 5, 2016, and August 15, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

includes reports and all of the discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      The court is unavailable on the date currently set for status conference.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  An offer and counter-offer have been conveyed during the course of the negotiations.

      d)      The government does not object to the continuance and joins in the date requested as this is the first date both counsel for the defendant and government counsel will be available.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 5, 2016 to August 15, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 21, 2016                         PHILLIP A. TALBERT
                                                       Acting United States Attorney

                                                       /s/ LAUREL J. MONTOYA
                                                       LAUREL J. MONTOYA
                                                       Assistant United States Attorney

Dated:  June 21, 2016                                   /s/ JANET BATEMAN
                                                        JANET BATEMAN
                                                        Counsel for Defendant
                                                        YOVANI VALENZUELA
                                                        LOPEZ

## ORDER

It is so ordered.  The parties are reminded that should they resolve the case, they shall request that the matter be reset for a change of plea hearing before Chief District Judge Lawrence J. O'Neill on August 15, 2016, at 8:30 a.m.  If the parties are unable to resolve the matter, they shall be prepared to select a mutually agreeable trial date on August 15, 2016.

IT IS SO ORDERED.

Dated:    **June 23, 2016**                             /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE